RECEIVED

JUL 22 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Latisha Yvette Slider )
)
) **Complaint for a Civil Case**
)
)
)
)
*(Write the full name of each plaintiff* ) Case No.
*who is filing this complaint. If the* ) *(to be assigned by Clerk of*
*names of all the plaintiffs cannot fit in* ) *District Court)*
*the space above, please write "see* )
*attached" in the space and attach an* )
*additional page with the full list of* ) Plaintiff requests trial by jury:
*names.)* ) ☐ Yes ☒ No
)
**v.** )
)
City of Clayton )
)
)
)
)
)
)
*(Write the full name of each defendant.* )
*The caption must include the names of* )
*all of the parties. Fed. R. Civ. P. 10(a).* )
*Merely listing one party and writing "et* )
*al." is insufficient. Attach additional* )
*sheets if necessary.)* )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Latisha Y. Slider |
   | Street Address | P.O. Box 78012 |
   | City and County | St. Louis |
   | State and Zip Code | MO 63178 |
   | Telephone Number | 314-884-8073 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | City of Clayton |
   | Job or Title | Clayton Municiple Police Department |
   | Street Address | 10 N. Bemiston |
   | City and County | St. Louis |
   | State and Zip Code | MO 63105 |
   | Telephone Number | 314-727-8100 |
   | E-mail Address | |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Latisha Y. Slider |
| Street Address | P.O. Box 78012 |
| City and County | St. Louis |
| State and Zip Code | MO 63178 |
| Telephone Number | 314-884-8073 |
| E-mail Address | |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Clayton |
| Job or Title | Clayton Municiple Police Department |
| Street Address | 10 N. Bemiston |
| City and County | St. Louis |
| State and Zip Code | MO 63105 |
| Telephone Number | 314-727-8100 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
EOE (Equal Opportunity Employment/Employers)
Discrimination (age,sex,minority,color of skin)
At Will Policy and Employment
Ethics
Defamation and Libel
```

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
City of Clayton
```

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

If the defendant is an individual

    The defendant, *(name)* _____, is a citizen

    of the State of *(name)* _____ Or is a citizen

    of *(foreign nation)* _____.

If the defendant is a corporation

    The defendant, *(name)* _____.

    is incorporated under the laws of the State of *(name)*

    _____, and has its principal place of

    business in the State of *(name)* _____ Or

    is incorporated under the laws of the State of *(foreign nation)*

    _____, and has its principal place

    of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

**III.   Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

   1. What happened to you?
   2. When did it happen?
   3. Where did it happen?
   4. What injuries did you suffer?
   5. What did each defendant personally do, or fail to do, to harm you?

On July 22, 2021 @ 12:40pm: Missouri Case Net information online stating that the City of Clayton filed a lawsuit against me for assault. Whom did I assault? When did this assault take place? This is a retaliation from Keisha Hamilton a temporary supervisor with the United States Postal Service, who filed a false,and infamatory police report against me, when I didn't do anything to this person. I called the Clayton Police Dept on Keisha Hamilton about 3:48pm on July 1, 2021, because I could see that Keisha Hamilton was attempting to create a hostile environment within the Clayton Post Office by trying to instigate conflict, when Keisha Hamilton had confiscated and possibly destroyed my time card or destruction of government property. Reputation damage of my good name, defamation of my character, and embarassment.

**IV.   Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I am asking for relief of $400,000 in damages of reputation. I want that information removed from Missouri Case Net online records and Clayton Police department records.

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
I am entitled to recover $400,000 plus. False and wrongful
allegations in an attempt to discredit, and embarass me and
my good name.
```

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22__ day of _____July_____, 20 _21_.

Signature of Plaintiff(s) _____